**Charles W. AUTEN, Jr. et ux.**

v.

**EMPLOYERS NATIONAL INSURANCE COMPANY.**

**No. C–6196.**

Supreme Court of Texas.

May 11, 1988.

Order of this court of July 15, 1987 granting the application for writ of error is withdrawn as the application was improvidently granted.

The application for writ of error is denied with the notation "Writ Denied".